# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 13, 2022

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

**VIA ECF**

Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Christina Leslie, et al., v. Thomson Reuters Corporation, Case No. 1:22-cv-07936-JMF*

Dear Judge Furman:

Defendant Thomson Reuters Corporation ("Reuters") respectfully requests an extension of time to respond to Plaintiff Christina Leslie's ("Plaintiff") Complaint, to submit a joint letter and case management plan, and to conduct the initial status conference. Counsel for Reuters has conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested relief.

Reuters was served with the Complaint on September 29, 2022 and obtained an extension to December 19, 2022 to respond to the Complaint. Reuters has been diligently investigating the allegations in the Complaint. The parties have exchanged some initial information and are in discussions about how to proceed with this matter. Consequently, Reuters requests an extension to January 18, 2023 to respond to the Complaint. This is Reuters' second request for an extension of time to respond to the Complaint. This brief extension will not prejudice any party.

In light of the request for an extension of time to respond to Plaintiff's Complaint, Reuters also respectfully requests that the current December 15, 2022 deadline for the parties to submit a joint letter and case management plan be extended to February 21, 2023, and that the initial status conference currently set for December 21, 2022 be reset until February 28, 2023.

For the foregoing reasons, Defendant Thomson Reuters Corporation respectfully requests that the Court grant this Motion and extend the deadline for Reuters to respond to Plaintiff's

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston*
*Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*

**VIA ECF**

Honorable Jesse M. Furman, U.S.D.J.
December 13, 2022
Page 2

Complaint to January 18, 2023, extend the deadline for the parties to submit their joint letter and case management plan to February 21, 2023, and reset the initial status conference to February 28, 2023.

Respectfully submitted,

*/s/ Eric R. Fish*

Eric R. Fish

cc:     Counsel of Record *(via ECF)*