UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
CHRISTINA LESLIE, individually and on behalf of all others similarly situated,

    Plaintiff,

 -against-

THOMSON REUTERS CORPORATION,

    Defendant.
-------------------------------------------------------X

CASE NO. 1:22-CV-07936-JHR

## DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, declaration of Phil Andraos, and together with any exhibits attached thereto, Defendant Reuters News & Media, Inc., sued herein as Thomson Reuters Corporation (collectively with its affiliates, "Reuters") will move this Court, before the Honorable Jennifer H. Rearden, United States District Judge, at the Daniel Patrick Moynahan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order dismissing Plaintiff's Class Action Complaint (ECF No. 1) with prejudice, for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just and proper.

Dated: January 18, 2023

                Respectfully submitted,

                **BAKER & HOSTETLER LLP**

                /s/ *Bonnie Keane DelGobbo*

                Eric R. Fish
                45 Rockefeller Plaza
                New York, NY 10111

       Tel: 212.589.4200
Fax: 212.589.4201
efish@bakerlaw.com

Joel Griswold (*pro hac vice*)
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
(407) 649-4088
jcgriswold@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
Amy L. Lenz (*pro hac vice*)
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
bdelgobbo@bakerlaw.com
alenz@bakerlaw.com

*Attorneys for Reuters News & Media Inc., sued herein as Thomson Reuters Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** was served on this 18th day of January 2023, via the Court's electronic filing system on all counsel of record.

*/s/ Bonnie Keane DelGobbo*