UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
CHRISTINA LESLIE, individually and on
behalf of all others similarly situated,

        Plaintiff,

    -against-

THOMSON REUTERS CORPORATION,

        Defendant.
------------------------------------------------------X

CASE NO. 1:22-CV-07936-JMF

## NOTICE OF CONSTITUTIONAL QUESTION

To:    Merrick B. Garland
        Attorney General for the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(B), that Defendant Reuters News & Media, Inc., sued herein as Thomson Reuters Corporation's (collectively with its affiliates, "Reuters") Motion to Dismiss Plaintiff's Complaint questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, Reuters argues that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution. A copy of Reuters' Motion to Dismiss and Memorandum of Law in Support of Its Motion are attached hereto, and service has been made upon the United States Attorney General.

Dated: January 18, 2023                                Respectfully submitted,

                                                                 **BAKER & HOSTETLER LLP**

                                                                 /s/ *Bonnie Keane DelGobbo*

2

        Eric R. Fish
        45 Rockefeller Plaza
        New York, NY 10111
        Tel: 212.589.4200
        Fax: 212.589.4201
        efish@bakerlaw.com

        Joel Griswold (*pro hac vice*)
        SunTrust Center
        200 South Orange Avenue, Suite 2300
        Orlando, Florida 32801-3432
        (407) 649-4088
        jcgriswold@bakerlaw.com

        Bonnie Keane DelGobbo (*pro hac vice*)
        Amy L. Lenz (*pro hac vice forthcoming*)
        One North Wacker Drive, Suite 4500
        Chicago, Illinois 60606
        (312) 416-6200 (phone)
        (312) 416-6201 (fax)
        bdelgobbo@bakerlaw.com
        alenz@bakerlaw.com

        *Attorneys for Reuters News & Media Inc.,*
        *sued herein as Thomson Reuters Corporation*

4886-7152-7752.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system. Parties and interested persons may access this filing through the Court's system. A copy of the foregoing and Defendant's Motion to Dismiss will also be sent by certified mail to:

> Merrick B. Garland
> Attorney General for the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

*/s/ Bonnie Keane DelGobbo*

4886-7152-7752.1