

1055 Thomas Jefferson St, NW
Washington, DC 20007
Tel: 202.463.2101
Fax: 202.463.2103

**Michael L. Murphy**
mmurphy@baileyglasser.com

February 1, 2023

Via ECF
The Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY  10007-1312

     Re:    *Leslie v. Thompson Reuters Corporation*; 1:22-cv-07936
            Case No. 1:22-cv-07936

Dear Judge Rearden:

We represent Plaintiff and the putative class in the above referenced matter. We write this letter to request a short extension of time to respond to Defendant's Motion to Dismiss and Motion to Strike.

After conferring with counsel for the Defendant, the parties have agreed to, and therefore request entry of the following schedule:

| **Document** | **Deadline** |
| --- | --- |
| Plaintiff's Opposition to Defendant's Motion to Dismiss and Motion to Strike | February 17, 2023 |
| Defendant's Reply in Support of Motion to Dismiss and Motion to Strike | March 8, 2023 |

Additionally, given that the Reply deadline is after the currently scheduled March 1, 2023 initial conference, the parties request that the initial conference be adjourned, and reset for a date convenient to the Court and after the March 8, 2023 reply deadline.

The Hon. Jennifer H. Rearden
February 1, 2023
Page 2

We thank the Court for its courtesy and consideration in connection with this request.

                Respectfully submitted,

                Michael L. Murphy, Esq.

MLM/les
cc:    Counsel for Defendant (via ECF)
        Eric Fish
        Bonnie DelGobbo
        Amy Lenz
        Joel Griswold

           So ORDERED:  _____
                            Hon. Jennifer H. Rearden
                            United States District Judge