

| | 1055 Thomas Jefferson St. NW<br>Suite 540<br>Washington, DC  20007<br>Telephone:  202.463.2101<br>Fax: 202.463.2103 | **Michael L. Murphy**<br>mmurphy@baileyglasser.com |

**VIA ECF**

February 10, 2023

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Leslie v. Thompson Reuters Corporation; 1:22-cv-07936
             Case No. 1:22-cv-07936

Dear Judge Rearden:

      On February 1, 2023, the parties jointly submitted a request seeking a short extension of the briefing deadlines related to the pending motion to dismiss. Letter Mot., ECF No. 28 (Feb. 1, 2023). The Court promptly granted the request resetting Plaintiff's and Defendant's response dates to February 17 and March 8, respectively. Order, ECF No. 29 (Feb. 1, 2023).

      During the intervening period, in addition to working their respective briefs, counsel for the parties have continued to explore the voluntary resolution of the matter. Although these discussions have been preliminary, the parties agree that it would be beneficial to further extend the briefing deadlines. This would permit the parties to focus on these discussions and to conserve the parties' and the Court's resources. Thus, the parties respectfully request that the deadline for Plaintiff to oppose to the pending motion to dismiss be extended to **March 10, 2023**, and Defendant's deadline to submit reply be extended to **March 29, 2023**. This request would impact no other current deadlines in the matter.

                                        Sincerely,

                                        Michael L. Murphy

Hon. Jennifer H. Rearden
Re:  Leslie v. Thompson Reuters Corporation
Case No. 1:22-cv-07936
February 10, 2023
Page 2

cc:     Counsel for Defendant (via ECF)
        Eric Fish
        Bonnie DelGobbo
        Amy Lenz
        Joel Griswold


                              **So ORDERED**:   _____
                                                Hon. Jennifer H. Rearden
                                                United States District Judge